IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00825–EWN–MEH

SUSAN LEDERMAN,

    Plaintiff,

v.

ANALEX CORPORATION, and
RELIANCE STANDARD LIFE INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL OF ANALEX CORPORATION

This matter is before the court on the "Motion to Dismiss Analex Corporation" filed June 30, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that the claims against Analex Corporation be and hereby are DISMISSED, without prejudice.

DATED this 3rd day of July, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge