IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   06-cv-00825-EWN-MEH

SUSAN LEDERMAN,

     Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 24, 2006.**

     Defendant's Unopposed Motion to Vacate Preliminary Pretrial Conference [Filed July 24, 2006; Docket #11] is **granted**.  The Preliminary Pretrial Conference scheduled for August 7, 2006, at 1:30 p.m. and the accompanying deadline for the proposed pretrial order are hereby **vacated** and will be rescheduled, if necessary, after the settlement conference set for August 7, 2006, at 1:30 p.m.