IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00825-EWN-MEH

SUSAN LEDERMAN,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 24, 2008.**

    Plaintiff's Unopposed Motion for Status Conference [Filed June 27, 2008; Docket #41] is **granted**. A Status Conference to set a briefing schedule and any discovery deadlines is hereby set for Wednesday, **July 30, 2008 at 9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to reschedule the conference.