IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00825-WYD-MEH

SUSAN LEDERMAN,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

    Defendant.

## ORDER

THIS MATTER comes before me on the parties' Stipulation to Dismiss with Prejudice filed March 10, 2010 [d/e 68]. Having reviewed the parties' motion and the applicable law, I find that the parties' motion should be granted. Accordingly, it is

ORDERED that the parties' Stipulation to Dismiss with Prejudice filed March 10, 2010 [d/e 68] is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE** each party to bear their own costs and legal fees.

    Dated: March 11, 2010

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge